IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00228-MR-WCM

| | |
|---|---|
| GARY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BONES JONES BRANDS, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendant Bones Jones Brands, LLC, on October 25, 2022. [Doc. 1]. On January 25, 2023, the Clerk of Court made an entry of default as to the Defendant. [Doc. 6]. Since that entry of default, however, the Plaintiff appears to have made no effort to prosecute the action further against the Defendant.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendant. The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this action without prejudice.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant. **The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge

2

Case 1:22-cv-00228-MR-WCM   Document 7   Filed 04/17/23   Page 2 of 2