UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:22-cv-228

| | |
|---|---|
| GARY BROWN, | ) |
| Plaintiff, | ) |
| v. | ) MOTION FOR DEFAULT |
| | ) JUDGMENT |
| BONES JONES BRANDS, LLC, | ) |
| Defendant. | ) |

Plaintiff, Gary Brown ("Plaintiff"), by and through counsel, respectfully moves the Court for an entry of Default Judgment in favor of Plaintiff and against Defendant Bones Jones Brands, LLC ("Defendant"). In support of this Motion, Plaintiff shows the Court the following:

1. On October 25, 2022, Plaintiff filed his Complaint against Defendant alleging that Defendant willfully failed to pay him overtime wages in violation of the Fair Labor Standards Act. (ECF No. 1.)

2. On December 14, 2022, Plaintiff filed a Declaration of Service, notifying the Court that Defendant was properly served with the Summons, Complaint, and case assignment packet. (ECF No. 3.)

3. On January 20, 2023, Plaintiff filed a Motion for Entry of Default. (ECF No. 5.)

4. On January 25, 2023, the Clerk of Court entered Default against Defendant. (ECF No. 6.) On January 27, 2023, Plaintiff served Defendant with the Clerk's Entry of Default against Defendant via the United States Mail, sent First Class.

5. Pursuant to Federal Rule of 55(b)(2), Plaintiff seeks an Entry of Default Judgment against Defendant because Defendant has failed to "plead or otherwise defend."

6. Plaintiff is filing an accompanying Memorandum in Support of this Motion.

WHEREFORE Plaintiff respectfully requests the Court enter Default Judgment against Defendant and award Plaintiff all relief requested against Defendant.

Dated: March 31, 2023.

Respectfully submitted,

s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Suite 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: corey@gibbonslg.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that on March 31, 2023, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy of the foregoing was placed in the United States Mail, sent First Class, to the following address:

Bones Jones Brands, LLC
c/o Registered Agent Don Tyler Jones
1615 Larry Davis Road
Landale, NC 28090

                                              s/ Corey M. Stanton
                                              Corey M. Stanton, NCSB #56255